Phillip Peaks vs United States District Court

Honorable Mark A. Goldsmith
U.S District Judge
16CR20460- 011

## MOTION FOR EARLY TERMINATION FROM SUPERVISED RELEASE

I, Phillip Peaks, humbly come before Your Honor, with a request for early termination from supervised release. I have satisfied one year of supervision with zero non-compliance. I report as directed, have had no new criminal conduct, no drug use, and no issues that have brought me back to court. Furthermore, I travel in order to perform as a musician, and my earnings have been submitted to my probation officer. Travel has become more frequent, providing me with more opportunities to expand my career. My probation officer has been extremely supportive in my termination, however, being on supervision hinders my ability to travel freely to perform. I thank you for your time and your consideration is very much appreciated.

Phillip Peaks

*Phillip Peaks*

49450 Seagrass Dr. Canton, MI 48187

(248)-346-7215

